# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142316

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JEFFREY LLOYD REYNOLDS,
     Defendant-Appellant.

SC: 142316
COA: 299326
Saginaw CC: 05-025596-FH
05-026419-FH

_____/

     On order of the Court, the application for leave to appeal the November 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620